UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR H.J. ANDERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>SHANE YELLAND, et al.,<br><br>    Defendants. | CIVIL ACTION NO. 1:15-CV-01322<br><br>(RAMBO, J.)<br>(MEHALCHICK, M.J.) |

### ORDER

AND NOW, this 17th day of August, 2015, pursuant to the Court's statutorily mandated duty to screen a complaint brought *in forma pauperis*, **IT IS HEREBY ORDERED**, for the reasons set forth in the Memorandum filed concurrently with this Order, that Plaintiff's complaint (Doc. 1), be **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to file an amended complaint within **thirty (30) days** of the entry of this Order. Failure to file an amended complaint within this timeframe will result in a recommendation of dismissal of this action in its entirety.

**Dated:** August 17, 2015

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**