IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **VICTOR H.J. ANDERSON,** : | **Civ. No. 1:15-cv-1322** |
| Plaintiff : | |
| v.  : | |
| **SHANE YELLAND, et al.** : | **Judge Sylvia H. Rambo** |
| Defendants : | **Magistrate Judge Mehalchick** |

# O R D E R

Before the court is a September 25, 2015 report and recommendation of the magistrate judge (Doc. 12) to whom this matter was referred, in which she recommends that the court close this case for Plaintiff's failure to file a timely amended complaint. Objections to the report and recommendation were due no later than October 13, 2015, and, to date, no objections have been filed.

Therefore, upon consideration of the record before the court and the applicable law, **IT IS HEREBY ORDERED THAT**:

1) The court adopts the report and recommendation of Magistrate Judge Mehalchick (Doc. 12);

2) The clerk of court is directed to close the case; and

3) Any appeal taken from this order is deemed frivolous and not taken in good faith.

       s/Sylvia H. Rambo
       United States District Judge

Dated: November 2, 2015